IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of GTS DRYWALL SUPPLY CO., a Washington corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>DICK PACIFIC CONSTRUCTION CO. LTD., a Hawaii Corporation, et al.,<br><br>Defendant(s). | NO.   C05 5211FDB<br><br>STIPULATION AND AGREED ORDER FOR VOLUNTARY DISMISSAL |

**STIPULATION**

Plaintiff, by and through its attorneys of record, Lasher Holzapfel Sperry & Ebberson, P.L.L.C. and the defendant Dick Pacific Construction Co. Ltd., M. Kennedy Co., Inc., Dick Pacific/M. Kennedy, JV, and American Casualty Co. of Reading, PA, by and through its counsel of record, Richard H. Skalbania and Stanislaw Ashbaugh LLP, defendants Christenson and defendants C L Integrity Corporation and Craig A. Long, hereby stipulate and agree that

STIPULATION AND AGREED ORDER FOR
VOLUNTARY DISMISSAL - 1
{R:\Clients\14857\S329532.DOC}

2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563

LASHER
HOLZAPFEL
SPERRY &
EBBERSON
PLLC

1 | plaintiff's complaint shall be dismissed with prejudice as to Dick Pacific Construction Co. Ltd., M. Kennedy Co., Inc., Dick Pacific/M. Kennedy, JV, and American Casualty Co. of Reading, PA, and without prejudice as to the remaining defendants, and without cost or fees awarded to any party.

LASHER HOLZAPFEL                          STANISLAW ASHBAUGH LLP
SPERRY & EBBERSON, PLLC

___/s/ Mario A. Bianchi_____              _/s/ Richard H. Skalbania__
Danial D. Pharris, WSBA #13617             Richard H. Skalbania
Mario A. Bianchi, WSBA #31742              WSBA #17613
Attorneys for Plaintiff GTS Drywall        Attorneys for defendants Dick Pacific
                                           Construction Co. Ltd., Dick Pacific/M.
                                           Kennedy, JV, American Casualty Co. of
                                           Reading, PA

C L INTEGRITY CORPORATION

By: __see attached_____              __see attached_____
    Craig A. Long                          Craig A. Long, pro se defendant
Its: Vice President


__see attached_____               __see attached_____
Gregg R. Christenson, pro se defendant     Elaine M. Christenson, pro se defendant

### ORDER

Based upon the foregoing stipulation by parties, it is hereby

ORDERED that this action and all claims asserted herein are DISMISSED with prejudice as to Dick Pacific Construction Co. Ltd., M. Kennedy Co., Inc., Dick Pacific/M. Kennedy, JV, and American Casualty Co. of Reading, PA, and without prejudice as to the remaining defendants, and without cost or fees awarded to any party.

2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563

STIPULATION AND AGREED ORDER FOR
VOLUNTARY DISMISSAL - 2
{R:\Clients\14857\S329532.DOC}


LASHER HOLZAPFEL SPERRY & EBBERSON PLLC

Any trial date and pretrial dates previously set are hereby VACATED.

DATED this 24th day of August 2005.

                                                                         */s/ signature*
                                    FRANKLIN          D.          BURGESS
                                    UNITED STATES DISTRICT JUDGE

Presented by:

LASHER HOLZAPFEL
SPERRY & EBBERSON, P.L.L.C.


___*/s/ Mario A. Bianchi*_____
Danial D. Pharris, WSBA #13617
Mario A. Bianchi, WSBA 31742
Attorneys for Plaintiff GTS


*Approved as to form; notice of presentation waived:*


STANISLAW ASHBAUGH LLP


_*/s/ Richard H. Skalbania*__
Richard H. Skalbania
WSBA #17613
Attorneys for defendants Dick Pacific Construction Co. Ltd., Dick Pacific/M. Kennedy, JV, American Casualty Co. of Reading, PA

STIPULATION AND AGREED ORDER FOR
VOLUNTARY DISMISSAL - 3
{R:\Clients\14857\S329532.DOC}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON
PLLC

2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563

1  C L INTEGRITY CORPORATION

2  By: __see attached_____
3      Craig A. Long
   Its:  Vice President
4

5

6  __see attached_____
   Craig A. Long, pro se defendant
7

8  __see attached_____
   Gregg R. Christenson, pro se defendant
9

10  __see attached_____
   Elaine M. Christenson, pro se defendant

STIPULATION AND AGREED ORDER FOR
VOLUNTARY DISMISSAL - 4
{R:\Clients\14857\S329532.DOC}

2600 Two Union Square
601 Union Street
Seattle, WA 98101-4000
(206) 624-1230
Fax (206) 340-2563

LASHER
HOLZAPFEL
SPERRY &
EBBERSON
PLLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2005, I electronically filed the foregoing Stipulation and Agreed Order for Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard H. Skalbania
Stanislaw Ashbaugh LLP
701 Fifth Ave. #4400
Seattle, WA  98104
richs@stanislaw-ashbaugh.com

DATED this 17th day of August, 2005.

> LASHER HOLZAPFEL
> SPERRY & EBBERSON, P.L.L.C.
>
> ___/s/ Mario A. Bianchi_____
> Danial D. Pharris, WSBA #13617
> Mario A. Bianchi, WSBA 31742
> Attorneys for Plaintiff GTS
> pharris@lasher.com

STIPULATION AND AGREED ORDER FOR
VOLUNTARY DISMISSAL - 5
{R:\Clients\14857\S329532.DOC}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON
PLLC

2600 Two Union Square
601 Union Street
Seattle, WA 98101-4000
(206) 624-1230
Fax (206) 340-2563